AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Geoffrey Samuel Shough

Defendant

)
)
)
)
)
)
)

Case: 1:22-mj-00030
Assigned to: Judge Faruqui, Zia M.
Assign Date: 2/16/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Geoffrey Samuel Shough _____,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 02/17/2022

Zia M. Faruqui
2022.02.17 10:01:58 -05'00'
*Issuing's signature*

City and state:  Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/27/22, and the person was arrested on *(date)* 3/1/22
at *(city and state)* Austin, TX

Date: 3/1/22

*Arresting officer's signature*

THOMAS SULLIVAN  TFO
*Printed name and title*