IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22-CR-00197-DLF |
| | ) | |
| GEOFFREY SAMUEL SHOUGH | ) | |

**EMERGENCY MOTION TO CONTINUE SENTENCING**

Mr. GEOFFREY SAMUEL SHOUGH, pursuant to Fed. R. Crim. P. 32(b), respectfully moves this Court to continue the Sentencing Hearing set for January 9, 2023.

**I.  Procedural History**

On or about February 17, 2022, the Government filed a sealed indictment against Mr. Shough, and on or about June 1, 2022, a federal grand jury in the District of D.C. returned a six-county indictment, charging Mr. Shough with civil disorder, in violation of 18 U.S.C. § 231(a)(3); entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2); disorderly conduct in a capitol building, in violation of 40 U.S.C. § 5104(e)(2)(D); and parading, demonstrating, or picketing in a capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G).

1

On December 6, 2022, this Court rescheduled Mr. Shough's sentencing hearing to January 9, 2023 at 2:00 PM in-person. (*See* Docket Entry)

## II.     Factual Assertions

In mid-December, 2022, Lowther Walker LLC, defense counsel's firm, experienced a software glitch within their case management software which resulted in the randomized deletion of a significant number of calendar events. Simultaneously, the small firm's paralegal unexpectedly quit without notice and "wiped" her computer. Ms. Spearman regrets to inform the Court that these events, resulted in her not realizing that Mr. Shough was scheduled for sentencing on January 9 until the evening of January 8, 2023, when she was working to double-check the calendar deletion issue. Unfortunately, Ms. Spearman is scheduled to attend the rearrangement of Mr. Thurman in the Covington Division of the Eastern District of Kentucky (*United States v. Mario Renard*, S.D. Oh. 2:21-CR-00036-DLB-CJS-5). Fellow attorneys within Ms. Spearman's firm are likewise conflicted, attending a Pretrial Conference in the Martinsburg Division of the Northern District of West Virginia (*United States v. Lenin Erasmo*, 3:21-CR-00033-GMG-RWT-9), and an Initial Appearance and Change of Plea Hearing in the District of Delaware (*United States v. Mark Nepi*, 1:22-MJ-00226-UNA-1).

## III.    Memorandum of Law

"[T]his [C]ourt must impose a sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). Nonetheless, it "may, for good cause, change any time limits prescribed in [Fed. R. Crim. P. 32]." Fed. R. Crim. P. 32(b)(2).

## IV. Opposing Party's Position

Unfortunately, due to Ms. Spearman's late realization of the aforementioned conflicts, the Government has not yet had an opportunity to provide its position on the instant request.

## V. Conclusion

Mr. Shough, based on the foregoing assertions and argument, submits that good cause exists for this Court to continue the Sentencing Hearing, and prays that this Court continue the Sentencing Hearing to a date agreed upon by all parties.

Date: January 8, 2023

Respectfully submitted,

***s/ Katryna Lyn Spearman, Esq.***
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant Shough

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, D.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22-CR-00197-DLF |
| | ) | |
| GEOFFREY SAMUEL SHOUGH | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2023, I electronically filed the foregoing EMERGENCY MOTION TO CONTINUE SENTENCING with the Clerk of the United States District Court for the District of D.C. by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: January 8, 2023

Respectfully Submitted,

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Mr. Shough