November 24, 2022
**To the Honorable Judge Dabney L Friedrich,**

I'm writing to you on behalf of Geoff Shough.

I first met Geoff 3 years ago when he started dating my niece. My first impression of him was that he loved my niece and already took great care of her even though their relationship has only just begun. He still takes wonderful care of her. That has never changed.

Geoff is honest and hardworking, committed and compassionate. He's creative, thoughtful, and full of big ideas for the future of his family. This is a man who carries cash in his car to hand to homeless folks at traffic lights here in our hometown.

I have watched over the last few years as this legal situation has impacted Geoff. What impresses me about him is how he's mostly concerned for the adverse impacts this has had on others… not himself. That's a perfect example of his character: he thinks of himself last. He is profoundly remorseful for the awfu; situation he got caught up in.

As you decide how to rule on this case, I pray you take into consideration that Geoff has never been involved in anything like this before. He has a clean record for a reason; he stays out of things. Getting involved in something like this is very out of character for him. Very.

Those of us who know him know it.


Rev. Jason Ashley Morriss M.Div.
Senior pastor of
Austin New Church (UMC)
2701 S. Lamar Blvd
Austin, TX 78704

**From:** Zero1Haley Zero1Haley@protonmail.com
**Subject:** Fw: Re: Letter of support
**Date:** November 22, 2022 at 9:52 AM
**To:** Katryna Spearman kspearman@lowtherwalker.com, Murdoch Walker mwalker@lowtherwalker.com



Sent with Proton Mail secure email.

------- Original Message -------
On Saturday, November 19th, 2022 at 11:28 AM, Joseph Quigley <josephquigley220@gmail.com> wrote:

> Hey Geoff,
> I'm sorry I'm late getting this off to you. The battery on my phone died last weekend so I had no phone til I could get back up to alpine to get a new one as they don't fix phones at the Verizon up there.
> If you think I need to make any changes in the draft, let me know.
> Hang in there buddy!
>
> Sent from my iPhone
>
>> On Nov 19, 2022, at 11:21 AM, Joseph Quigley josephquigley220@gmail.com wrote:
>>
>> Your Honor,
>> I met Geoff in August of 2021 at the Bad Rabbit Cafe on Terlingua Ranch. I had tried for days to recruit some help as I needed help installing a bead board ceiling at my house.
>> I couldn't do any work that day as I was unable to find anyone to help me, so I decided to go to the Bad Rabbit for breakfast.
>> Geoff was the only one at the cafe, so I asked if I could join him at his table. He graciously accepted and we had breakfast together. I told him about my plight, and he offered to help me. I said that I would pay him well for helping me, but he said that wasn't necessary. If I just bought his breakfast that would be fine. I told him it was going to take 4 or 5 days and he said that was fine as he was going to be in Terlingua for a couple months.
>> We met every morning at the Cafe for breakfast, then went to my house to go to work on my ceiling.
>> It took 5 days, but we got it done. I insisted that he accepted payment for helping me, but he refused. I knew he was camping at Terlingua lodge and they were charging him daily, so I offered for him to stay on my land, which he accepted.
>> Geoff said he would work on my land to make a couple campsites, which he did. He worked his ass off and did a great job.
>> He would often come over to my house at the end of the day, sit on my rocking chairs on the front porch and watch the sun set, and "chew the fat".
>> I really enjoyed his company.
>> After several months, Geoff said he needed to go back to Austin to see his girlfriend and tend to some family matters as his uncle was in poor health.
>> I was sad to see him go.
>> Shortly there after, he sent me an email apologizing for not telling me the truth about why he had taken a leave of absence from work to come out to Terlingua.
>> He had been involved ( to some capacity) in the Jan. 6 protest.
>> I found it hard to believe, but he assured me it was so.
>> All I can say is I consider Geoffrey Shough my friend and have seldom met people of his integrity. He carried himself well, was always respectful and reserved.
>> Everyone I know down here who knew Geoff liked him, and they continue to ask how he's doing.
>> The last place I would expect Geoff to end up is prison.
>> Your Honor, there are many people who deserve prison, but in my mind Geoffrey Shough is surely not one of them.
>> I implore you to have lieniancy in this matter as Geoff is not a threat to society.
>> Respectfully submitted,
>> Joseph S. Quigley
>> 9753 Terlingua Ranch Rd.
>> Alpine, Tx 79830
>> 713-501-1351
>> josephquigley220@gmail.com
>>
>> Sent from my iPhone

Diana Shough
115 Mackenzie Dr.
Pickerington, Ohio
43147

November 23, 2022

Judge Dabney L. Friedrich

Dear Honorable Judge Dabney L. Friedrich,

    I am writing this letter on behalf of my son, Geoff Shough. I would sincerely like to vouch for the good character of my son. He has always displayed good morals and never has abused drugs or alcohol. Geoff has never been in conflict with the law. I have always considered him to be an outstanding citizen. He is an avid reader of civics and history. Since he was a small child he has always had a great love for his country. Geoff takes great pride in researching his ancestors while delving deeper into their contributions to our country.
    In the past, he has given his support to help a friend start a business and encouraged others, including me, to further their education. He is hard worker that had a fulfilling job in the tech industry. Geoff set both personal and professional goals in his life. He worked diligently towards those goals. Sadly, this situation has resulted in significant personal and financial set-backs. I know that this is not how he envisioned his future.
    During the pandemic, he supported his uncle (my brother-in-law) who was fighting Parkinson's disease. This is the same disease that took Geoff's beloved grandfather. His uncle was a second father to him that he cared for deeply. He helped lift his uncles' spirits while he was experiencing the depression and physical changes associated with Parkinson's. This was not easy as Geoff had seen this before and knew what the eventual outcome would be. Geoff would "challenge" him with physical and intellectual games. He did this with genuine encouragement, dignity, and compassion. Geoff would kept us abreast of what was going on as we live over 1,000 miles away. He was a true god-send because we were unable to travel due to the pandemic. I can speak for our entire family that we are forever grateful for his support during that difficult time.
    It is my sincere hope that you will consider leniency in this matter. I could never have imagined that he would be facing something of this nature. He is a man of integrity in addition to being a loving son, grandson, brother, nephew. Thank you, Your Honor, for taking my letter into consideration.

Sincerely,

Diana Shough

Gregg Shough
115 Mackenzie Drive
Pickerington, Ohio 43147

November 25, 2022

Judge Dabney L. Friedrich

Dear Honorable Judge Dabney L. Friedrich,

   I am writing this letter on behalf of my son Geoff Shough and to help provide a better view of his character. He is a very moral person that loves God and his county. He has always exhibited the characteristics of a good citizen. Geoff is a great person and has never been in trouble with the law before. He has never had a substance abuse problem. Geoff is a member of a family that includes many veterans. He has often expressed the greatest respect for those who have sacrificed for our country.

   He has always been driven to succeed in his life endeavors. He was a successful captain of a rugby team. One broken collarbone and stitches did not keep him from wanting to play to help his teammates. My son would often help me with my small cleaning company. There was many a time that I wanted to quit, but he encouraged me to stay the course. One particular job involved cleaning a house where an elderly person had passed away alone. Not once did he complain. He expressed over and over how awful he felt for the person and their family. Geoff reiterated how we were not just doing a job, but doing a service for a family in bereavement.

   My brother passed away from complications due to Parkinson's disease almost a year ago. My brother was Geoff's mentor and he looked up up him as a father figure. Geoff spent numerous hours researching the disease hoping to finding ways that he could help. My son would visit my brother frequently providing both physical and mental assistance. I depended on Geoff to keep me informed on my brother's condition as I live over 1,000 miles away. He was always honest about the situation yet cautious on how his overview of the situation would affect me. He always focused on the positive of what my brother was still able to do. The death of my brother has left a hole in Geoff's heart and a grim reminder that his grandfather died from the same disease.

   My son is the type of person that typically does not show his emotions outwardly. As his father, I know this is taking an extreme toll on him. His hopes and dreams have almost vanished due to this situation. My hope is that his dreams can be restored. He has so much to offer this world. I am here to support him the best I can. Please consider leniency as I would like for him to be able to rebuild his life. Thank you, Your Honor, for taking my letter into consideration.

Sincerely,

Gregg Shough

Mark W. Shough
4711 Spicewood Springs Road #209
Austin, Texas 78759


November 25, 2022

Judge Dabney L. Friedrich


Dear Honorable Judge Dabney L. Friedrich,

My name is Mark Shough, and I am Geoff Shough's younger brother. Since my birth in Columbus, Ohio, I grew up with my older brother Geoff. After our adolescent years we both eventually moved to Austin, Texas to further our career opportunities. Geoff and I once both worked in the same industry.

All I've ever known is my brother to be an incredibly hard worker, intelligent, and generous. In fact, he once discovered how to provide small, affordable loans to developing countries to build basic infrastructure for sources such as water and energy. During the COVID quarantine, Geoff isolated with my Aunt and Uncle to help care for my Uncle who was passing of Parkinson's disease. This is the brother I've always known. Upon learning about the incident in January, I was shocked. Geoff has never engaged in illegal activities or had a criminal history. I find this to be very out of character for him.

At the beginning of our move to Austin, we lived together in a small one-bedroom apartment to save money while learning to navigate a new city, find job opportunities, and cook meals. We supported one another during this time.

Due to Geoff's actions, over the last few years I've seen Geoff lose personal relationships with family and friends, his career has ended, he's lost his home, and worn down his finances. I realize this is a serious charge that carries a life altering sentence and will be a burden that Geoff carries now and even after serving his sentence.

Once his sentence is served, I plan to be part of his support structure. We've been in situations where we've needed to build from the ground up together, and I hope to help him become a contributing member of society again. Back to enjoying those activities he used to - building furniture, painting, and playing sports.

I hope that as you are determining his sentence, you consider the effect this has had not only on Geoff, but on my parents, my family, and his little brother.

Sincerely,

Mark W. Shough

Your Honor,

I'd like to thank you in advance for taking the time to consider the words of people who know Geoffrey Shough personally.

My name is Lauren Todd, I am Geoffrey Shough's girlfriend, and I've known him since 2019. We met because most of the people in the apartment complex where we both lived loved to hang out together, and on the day I moved in, he and the other neighbors volunteered to help me transport the furniture into my new apartment. I was immediately touched by their generosity, but more importantly, I felt safe.

As I got to know everyone in the group, I gradually became close with Geoff, and in June 2019, we started dating. I was immediately drawn to his strength of conviction and dedication to growth. I eventually learned that he was a blue collar worker who had worked his way up to a fantastic job in the IT industry. I eventually realized that he was a man who stood out from the crowd. Since the bulk of the people he hung out with were unambitious and tended to be more on the wild side, I was especially fascinated. He was always the designated driver, ensuring that everyone arrived home safely and intact. Geoff would stay up all night with one of our neighbors who was in recovery from addiction whenever they were suffering withdrawals or in a bad mental state to make sure they were okay. He would always cook a little extra food to share with everyone and drive folks to and from the doctor's office.

In 2020, we moved in with his beloved Uncle Terry and Aunt DeeDee, which was a crucial event in our relationship. When the world came to a halt in March, DeeDee needed assistance with her husband Terry, who served in the Vietnam War and was an Agent Orange victim with a recent Parkinson's diagnosis. We were all afraid and confused about what was going on with the pandemic, and Geoff was adamant about making sure they were being cared for by a family member. He was the first to step forward even though Terry has two adult children. I was so struck by how attentive he was to people he cared about, whether they were friends or relatives. It's safe to say that Geoff has been a source of comfort and support for a lot of people.

While the company he keeps is modest, it is simply to allow him to be totally accessible to give of himself at any moment to people in need. Geoff is dedicated to the people in his life as well as anyone who crosses his path, whether it's giving a homeless person his spare cash, helping someone on the highway, providing emotional support to a friend in recovery, being the first to volunteer to help someone move their heavy furniture, or helping people after they have major medical procedures/diagnoses. He is, without a doubt, one of the most caring, humble, and genuine people I have ever met.

We had disagreements towards the end of 2020, which led to our initial separation in April 2021. He was going through a lot and was having difficulty expressing himself productively. We reunited in January 2022, following the death of his Uncle Terry. Coming from a military family dominated by men, I was blown away by the personal work he had done throughout our absence. He is softer and more vulnerable, and he is understanding how to express himself in a

healthy and constructive way. But I shouldn't be surprised since, as I have stated, Geoff is committed to his personal growth and character development.

The list of his generous and kind actions far outweighs anything that he has been a part of last year, which is why I am prepared to give him another chance and recommit to our partnership. Your honor, Geoffrey Shough is a remarkable human being who is constantly striving to be better, and we are seeing a low point in his life. Please contemplate these realities about him and know that no matter what happens to him, he will remain a man of honor. He is well loved and needed in his community. Thank you once more for your time and attention.

Sincerely,

Lauren Todd