# Why Did I Attend the Rally With President Trump January 6th, 2021?
## 1/2






1

Why Did I Attend the Rally With President Trump January 6th, 2021?
2/2



Why Did I Go to the Capitol Premises?



President Trump's January 6th Speech, https://vimeo.com/497719926

Why Did I Wear My Motorcycle Gear to The Rally?

1. The President of The United States was suggesting we might be ambushed by Antifa on January 6th.

2. I was riding my bicycle from a parking garage through D.C. traffic in the cold weather, to the January 6 rally which required safety gear to help prevent bad injury in case of a wreak with a car.





Figure 43. First Aid Hip Kit



Figure 42b.



Figure 43: Shough with Bicycle Heading to Capitol After President Trump Said, "we're going to the Capitol."

3

Evidence Shown to the Federal Bureau of Investigation that People Were Pushing Others, Such as Myself, Inside the Capitol Building



Figure 47. Moments After Being Pushed Inside



Figure 48. View of the People Already Inside the Same Room Perhaps as Early as 30 Minutes Earlier. This was the Stream of People where the Bloodied People Came From Originally that I Thought I Could Render First Aid to.

Evidence Shown to the Federal Bureau of Investigation that People Were Pushing Others, Such as Myself, Inside the Capitol Building



Jan 6, 2021, at 2:25PM Approximately 22 Minutes Before I was Pushed Inside this Same Room. Hundreds In Before Me.

Screen Capture of Video Showing the People Pushing and Capturing Audio of the Person Coordinated Pushing People In



Screen capture of a parler video at 2:47pm showing people behind me pushing people inside the Capitol and the voice of a man coordinating a second push of people inside.

"Here we go. Use the next rush. There is a push inside. With Resistance."

https://projects.propublica.org/parler-capitol-videos

Figure 46. 2:47 PM

## Chemical Irritants Induce Disorientation, Panic and Confusion



Figure 44. Chemical Irritants on West Side



According to Physicians for Human Rights:

"The physical symptoms of chemical irritants often result in **disorientation** and agitation, which can lead to a state of **fear, anxiety, and panic**…Exposure may precipitate attacks of respiratory distress resulting in **hypoxia [which causes confusion]**."

*Sources:*

*Physicians for Human Rights, Health Impacts of Crowd-Control Weapons: Chemical Irritants (Tear Gas and Pepper Spray)* (January 1, 2017), https://phr.org/our-work/resources/health-impacts-of-crowd-control-weapons-chemical-irritants-tear-gas-and-pepper-spray/

Moreover Sven-Eric Jordt, a professor of anesthesiology at Duke University states CS can "cause counter aggression," because the sting is 100,000 times stronger than the sting from wasabi, https://www.propublica.org/article/tear-gas-is-way-more-dangerous-than-police-let-on-especially-during-the-coronavirus-pandemic

4